# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-237-FDW-DCK

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, and ONEWEST BANK, FSB, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| DHEERAJ AHLUWALIA, JOSE LEONARDO JIMENEZ, and JANE DOE, | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Seal" (Document No. 21) filed February 25, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting Defendant Jimenez does not object to this motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Seal" (Document No. 21) is **GRANTED**. Plaintiffs should file DBNTC's Loan Inventory Record under seal.

Signed: February 26, 2013

David C. Keesler
United States Magistrate Judge