IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 3:12-CV-00237

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR19, Mortgage Passthrough Certificates Series 2006-AR19, under the Pooling and Servicing Agreement dated June 1, 2006, and ONEWEST BANK FSB,<br><br>                Plaintiffs,<br><br>     v.<br><br>DHEERAJ AHLUWALIA, JOSE LEONARDO JIMENEZ, and JANE DOE (any spouse of Jose Leonardo Jimenez),<br><br>                Defendants. | **ORDER GRANTING DEFAULT JUDGMENT AGAINST DHEERAJ AHLUWALIA** |

THIS MATTER is before the Court upon Plaintiffs Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR19, Mortgage Passthrough Certificates Series 2006-AR19, under the Pooling and Servicing Agreement dated June 1, 2006, and OneWest Bank FSB ("Plaintiffs") Motion for Default Judgment (Doc. No. 33) pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure against Defendant Dheeraj Ahluwalia ("Ahluwalia").

It appearing to the Court that the Summons and Complaint were served upon Ahluwalia, and that Ahluwalia failed to answer or otherwise respond to the Complaint. Based on the Complaint and Affidavits submitted in support of the Motion for Default Judgment, and because the remaining parties in this matter have settled all claims among them and filed a Stipulation of Dismissal (Doc. No. 34), the Court finds that Plaintiffs hold the debt as alleged and are entitled to judgment as a matter of law.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Default Judgment (Doc. No. 33) is GRANTED, and Plaintiffs are entitled to judgment against Ahluwalia as follows:

1. The principal amount of $109,513.08, plus accrued interest in the amount of $18,942.16 as of May 10, 2013, plus $9.00 per diem thereafter, plus recoverable advances, escrow fees, and other recoverable fees in the amount of $23,547.49, for a total of **$152,002.73**;

2. Statutory and contractual attorneys' fees in the total amount of **$21,028.79** pursuant to North Carolina General Statutes § 6-21.2 (representing 15% of the amount due as of filing of the Complaint); and

3. Post-judgment interest at the legal rate of eight percent (8%) per year on the judgment.

In light of this Order and the Stipulation of Dismissal filed by the remaining parties (Doc. No. 34), the CLERK is respectfully directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Signed: May 14, 2013

Frank D. Whitney
United States District Judge